IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation,<br><br>            Plaintiff,<br><br>   v.<br><br>SAUDI SYSTEMS CORPORATION, a Saudi Arabian corporation,<br><br>            Defendant.<br>_____/ | No. C 07-00419 WHA<br><br>**ORDER OF REFERRAL** |

    This action appears to concern the same parties, transactions, and events as *Saudi Systems Corporation v. Oracle Corporation*, Case No. C 06-7932 CW.  Pursuant to Civil Local Rule 3-12(c), this Court refers this matter to Judge Claudia Wilken for the purpose of determining whether it is related to the other case as defined in Civil Local Rule 3-12(a).

    **IT IS SO ORDERED.**

Dated: January 25, 2007

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE