Kevin D. Lally (SBN 095374)
Edward Romero (SBN 148495)
GREENAN, PEFFER, SALLANDER & LALLY LLP
6111 Bollinger Canyon Road, Suite 500
San Ramon, California 94583
Telephone: (925) 866-1000
Facsimile: (925) 830-8787
eromero@gpsllp.com

Attorneys for Respondent
Saudi Systems Corporation

FILED
FEB 27 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a California corporation,<br><br>Petitioner,<br><br>vs.<br><br>SAUDI SYSTEMS CORPORATION, a Saudi Arabian corporation,<br><br>Respondent. | Case No.: 07-CV-00419-CW<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE*<br><br>Action Filed: January 22, 2007<br>Trial Date: None set |

Lisa Lee Jordan, an active member in good standing of the bar of Colorado, whose business address and telephone number is: Featherstone Petrie DeSisto LLP, 600 Seventeenth Street, Suite 2400-S, Denver, Colorado 80202; telephone 303-626-7100; facsimile 303-626-7101, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Saudi Systems Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements

1 | contained in General Order No. 45, *Electronic Case Filing*.
2 | SIGNED this 27th day of Feb. 2007

By: _____
United States District Judge