Kevin D. Lally (SBN 095374)
Edward Romero (SBN 148495)
GREENAN, PEFFER, SALLANDER & LALLY, LLP
6111 Bollinger Canyon Road
Suite 500
San Ramon, CA 94583-0010
Telephone: 925-866-1000
Facsimile: 925-830-8787
klally@gpsllp.com
eromero@gpsllp.com

Attorneys for Saudi Systems Corporation

Diane M. Doolittle (Bar No. 142046)
Margret M. Caruso (Bar No. 243473)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suit 560
Redwood Shores, California 94065-2139
Telephone: 650-801-5000
Facsimile: 650-801-5100
dianedoolittle@quinnemanuel.com
margretcaruso@quinnemanuel.com

Attorneys for Oracle Corporation

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUDI SYSTEMS CORPORATION, a Saudi Arabian corporation, <br><br> Plaintiff, <br><br> vs. <br><br> ORACLE CORPORATION, a California corporation, <br><br> Defendant. <br><br> and Related Case | Case No. C06 7932 CW <br> Case No. C07 0419 CW <br><br> **STIPULATION OF DISMISSAL, <br> WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their respective attorneys, stipulate to the dismissal of all claims by, between and among them, <u>with prejudice</u>, each party to bear its own costs, expenses and attorneys' fees.

1  Accordingly, the parties respectfully and jointly request that the Court:

2  (1) dismiss their claims against each other, with prejudice, in both of the following,

3  related cases: Saudi Systems Corp. v. Oracle Corp., No. C 06-7932-CW (N.D. Cal.)

4  and Oracle Corp. v. Saudi Systems Corp., No. C 07-00419-CW (N.D. Cal.); and

5  (2) order that each party shall bear its own costs, expenses and attorneys' fees.

6  Dated: April 19, 2007

7

8  *[signature]*  *[signature]*
   Diane M. Doolittle (Bar No. 142046)   Kevin D. Lally (SBN 095374)
9  Margret M. Caruso (Bar No. 243473)    Edward Romero (SBN 148495)
   QUINN EMANUEL URQUHART OLIVER &       GREENAN, PEFFER, SALLANDER & LALLY, LLP
10 HEDGES, LLP                           6111 Bollinger Canyon Road, Suite 500
   555 Twin Dolphin Drive, Suit 560      San Ramon, CA  94583-0010
11 Redwood Shores, California 94065-2139 Telephone:  925-866-1000
   Telephone:  650-801-5000              Facsimile:  925-830-8787
12 Facsimile:  650-801-5100              klally@gpsllp.com
   dianedoolittle@quinnemanuel.com       eromero@gpsllp.com
13 margretcaruso@quinnemanuel.com

14           -and-                                  -and

15 Peggy Bruggman                        Andrew J. Petrie (pro hac vice)
   Oracle, Inc.                          Lisa Lee Jordan (pro hac vice)
16 500 Oracle Parkway                    FEATHERSTONE PETRIE DESISTO LLP
   Redwood Shores, CA  94065             600 Seventeenth Street, Suite 2400S
17 peggy.bruggman@oracle.com             Denver, Colorado 80202
                                         Phone:  303-626-7100
18                                       Fax:  303-626-7101
                                         apetrie@featherstonelaw.com
19                                       ljordan@featherstonelaw.com

20 *Attorneys for Oracle Corporation*    *Attorneys for Saudi Systems Corporation*

**IT IS SO ORDERED**
*[signature]*
Judge Claudia Wilken

## PROOF OF SERVICE

I, Sharon Hagle, hereby declare:

I am employed in the County of Contra Costa, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of 18 and not a party to the within action. My business address is: Greenan, Peffer, Sallander & Lally, LLP, 6111 Bollinger Canyon Road, Suite 500, San Ramon, California 94583.

I am personally and readily familiar with the business practice of Greenan, Peffer, Sallander & Lally, LLP, for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, postage prepaid, with the United States Postal Service.

On this date, I served: **STIPULATION OF DISMISSAL, WITH PREJUDICE** on the following:

Dorian Daley, Esq.  
Peggy E. Bruggman, Esq.  
500 Oracle Parkway, Mailstop 5OP7  
Redwood Shores, California 94065  

Attorneys for Oracle Corporation  
Telephone: (650) 506-5200  
Facsimile: (650) 506-7114

[X] **(BY MAIL)** By placing a true copy thereof enclosed in a sealed envelope for collection and processing in accordance with the above-described business practice.

[ ] **[BY FEDERAL EXPRESS]** I caused such envelope(s) to be handed to a federal express representative on _____, at the offices of Greenan, Peffer, Sallander & Lally, LLP, 6111 Bollinger Canyon Road, Suite 500, San Ramon, CA 94583.

[ ] **(BY PERSONAL SERVICE)** I caused each document to be delivered by hand this date to the addressee(s) listed above.

[ ] **(FACSIMILE)** By facsimile transmission pursuant to Rule 2009 of the California Rules of Court.

Executed on **April 19, 2007**, San Ramon, California.

_____  
Sharon Hagle